No. 10–6250. FIELDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6252. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6256. LEDBETTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6257. CHRISTMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6260. EGU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6261. BOWERS *v.* BURT, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6264. ORLANDO-PAPIAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6265. OSORIO-FUNEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6269. TREADWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6271. SOLORIO-VALDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6284. BORDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6287. LEMKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6288. LUONG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6290. LOCKETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6295. NUNEZ-GONZALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–6296. AKENS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.